| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 4 | Telephone: 559.487.5561/Fax: 559.487.5950 |
| 5 | Attorney for Defendant |
| | TRUNG N. HUYNH |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:19-cr-00146 DAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING HEARING AND ORDER** |
| vs. | ) | |
| | ) | Date: October 15, 2019 |
| TRUNG N. HUYNH, | ) | Time: 10:00 a.m. |
| | ) | Judge: Honorable Dale A. Drozd |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, Assistant United States Attorney, DAVID GAPPA, counsel for plaintiff and Assistant Federal Defender, MEGAN T. HOPKINS, counsel for defendant, that the sentencing hearing set for September 3, 2019, be continued to October 15, 2019 at 10:00 a.m.

Neither defense counsel nor the probation officer are available for sentencing on the date presently set. Defense counsel will be out of the office, working remotely on September 3, 2019. The probation officer is out of the office on medical leave and is not anticipated to return until early September. Accordingly, a continuance of the sentencing date is necessary in order to permit the probation officer sufficient time to draft a dispositional memorandum for sentencing, and to permit defense counsel to be personally present for the hearing.

Defense counsel anticipates being in trial for the majority of the month of September 2019, and therefore requests that sentencing be set no sooner than October 15, 2019. The government and probation officer are in agreement with October 15, 2019 as a mutually

convenient date for the hearing.

                                                   Respectfully submitted,

                                                   HEATHER E. WILLIAMS
                                                   Federal Defender

DATED: August 20, 2019                     */s/ Megan T. Hopkins*
                                                   Megan T. Hopkins
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   Trung N. Huynh


                                                 McGREGOR W. SCOTT
                                                 United States Attorney


DATED: August 20, 2019                     */s/ David Gappa*
                                                   DAVID GAPPA
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff

## **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing on the violation of supervised release set for Monday, September 3, 2019 at 10:00 a.m. before the Honorable Dale A. Drozd be continued to Monday, October 15, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **August 21, 2019**

                                               UNITED STATES DISTRICT JUDGE