HEATHER E. WILLIAMS, BAR #122664
Federal Defender
MEGAN T. HOPKINS, BAR #294141
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
TRUNG N. HUYNH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00146-DAD |
| *Plaintiff,* | **RELEASE ORDER** |
| vs. | Judge: Honorable Dale A. Drozd |
| TRUNG N. HUYNH, | |
| *Defendant.* | |

ORDER OF RELEASE

Defendant TRUNG N. HUYNH is to be **released from Fresno County Jail at 8:00 a.m. on Wednesday, October 16, 2019**. Mr. Huynh is ordered to report to the Teen Challenge program in Reedley, CA, where he shall reside and participate in the inpatient drug treatment program. A staff member from the Federal Defenders Office shall transport Mr. Huynh to the inpatient treatment program and notify the probation office upon Mr. Huynh's successful intake into the program.

IT IS SO ORDERED.

Dated: __October 15, 2019__

_____
UNITED STATES DISTRICT JUDGE